UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Deonne Kirkland,

               Plaintiff,

    - against -

Karen Powell; Patrick Mbaya; and Lynelle Maginley-Liddie,

               Defendants.
------------------------------------------------------------X

**ORDER**

No. 25-CV-1743 (RER) (CHK)

**RAMÓN E. REYES, JR., District Judge:**

*Pro se* plaintiff Deonne Kirkland filed her Complaint on April 2, 2025. (ECF No.1). On May 23, 2025, the Court dismissed Plaintiff's Complaint with leave to file an Amended Complaint by June 23, 2025. (ECF No. 9). Plaintiff failed to file an Amended Complaint. Therefore, the case is DISMISSED.

The Clerk of Court is respectfully directed to enter judgment dismissing this case and to mail a copy of this Order to Plaintiff.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.
RAMÓN E. REYES, JR.
United States District Judge

Dated: December 21, 2025
       Brooklyn, New York